**July 11, 2006**

27270      State v. Davalos                  Affirmed